## YATES v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 157, September Term, 1963.]

*Decided April 17, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons assigned by the lower court, this application for leave to appeal is denied.